DOUGLAS H. VAN VLEAR SBN 51746
235 MONTGOMERY STREET, SUITE 824
SAN FRANCISCO, CA 94104
TELEPHONE 415-434-4700

ATTORNEY FOR DEBTOR

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No.: BK NO. 09-11901 |
| OCEANA R STUART | Chapter 7 |
| Debtor | REPLY TO CREDITOR'S OPPOSITION TO MOTION FOR SANCTIONS FOR CONTEMPT FOR VIOLATION OF DISCHARGE INJUNCTION AND COURT ORDER |
| | Date: June 4, 2010 Time: 10:00 a.m. Courtroom: Santa Rosa Bankruptcy Court |

DISCUSSION

Debtor's Motion for Sanctions was originally set for hearing on March 26, 2010. Debtor consented to various requests by EMC for continuances until the date now set. By stipulation, Court Order, and Local Rule 9014-1(c) the creditor's response was last due by May 21, 2010. EMC Mortgage chose to ignore all of the above and filed a late response. Creditor's response should not be included in the record of this motion and should not considered as opposition.

Dated: May 28, 2010                                    /s/ Douglas H Van Vlear
                                                       DOUGLAS H. VAN VLEAR
                                                       Attorney for Debtor

1