Entered on Docket
June 23, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS H. VAN VLEAR
SBN 51746
235 Montgomery St. Ste. 824.
SAN FRANCISCO, CA 94104
TELEPHONE 415-434-4700

ATTORNEY FOR DEBTOR

Signed: June 23, 2010



_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ) Case No.: BK NO. 09-11901
)
OCEANA R STUART ) Chapter 7
)
)
) ORDER
) (re Motion for Sanctions)
)
    Debtor

    Debtor Oceana Stuart's Motion for Sanctions for violation of the discharge injunction by EMC Mortgage Corporation came regularly for hearing before this Court on June 4, 2010. Douglas Van Vlear appeared as counsel for the Debtor and Valerie Brennan on behalf of Adorno Yoss Alvardo & Smith appeared as counsel for EMC Mortgage Corporation.

    Good cause being found, the Court grants debtor's motion, finds that the letter of January 13, 2010 violated the discharge injunction, and finds that nominal sanctions are justified. Therefore,

1

1 | IT IS ORDERED that EMC Mortgage Corporation shall pay Oceana R Stuart $1,500.00.

END OF ORDER

2

Case: 09-11901     Doc# 45     Filed: 06/23/10     Entered: 06/23/10 13:40:49     Page 2 of 2